**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PAUL J. FOSLER, | ) | CASE NO. 5:24-CV-00114 |
| | ) | |
| Plaintiff, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE AMANDA M. |
| | ) | KNAPP |
| BABCOCK & WILCOX NEW ENERGY | ) | |
| HOLDINGS, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION TO STAY ACTION PURSUANT TO SETTLEMENT AGREEMENT

Plaintiff Paul J. Fosler and Defendants Babcock & Wilcox New Energy Holdings, LLC and The Babcock & Wilcox Company have reached a confidential settlement and respectfully request that the Court stay the case, including Plaintiff's Reply in Support of his Motion for Judgment on the Pleadings (Doc. 18), through May 24, 2024.  On or before May 24, 2024, the parties will submit either a stipulation of dismissal or a joint status report.  Good cause exists for the stay as the parties have reached a resolution of all claims but require additional time to effectuate the terms of such resolution before dismissing this action.

This motion is accompanied by a proposed order.

Respectfully submitted,

/s/ *Trevor G. Covey*

Trevor G. Covey (0085323)
Nathan H. Boninger (0097100)
Sarah J. Schneider (0101367)
**BENESCH, FRIEDLANDER, COPLAN &**
   **ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone:     216.363.4500
Facsimile:     216.363.4588
tcovey@beneschlaw.com
nboninger@beneschlaw.com
sschneider@beneschlaw.com

/s/ *Rachael L. Russo*

Rachael L. Russo (0070904)
**ROETZEL & ANDRESS, LPA**
One Cleveland Center, 10th Floor
1375 East Ninth Street
Cleveland, Ohio  44114
Telephone: 216.623.0150
Email:        rrusso@ralaw.com

John F. Kerkhoff (0097134)
**BENESCH, FRIEDLANDER, COPLAN &**
   **ARONOFF LLP**
41 South High Street
Suite 2600
Columbus, Ohio  43215
Telephone:     614.223.9300
Facsimile:     614.223.9330
jkerkhoff@beneschlaw.com

*Attorneys for Plaintiff Paul J. Fosler*

Michelle F. Noureddine (0092419)
**ROETZEL & ANDRESS, LPA**
222 South Main Street
Akron, Ohio  44308
Telephone:     330.376.2700
Email: mnoureddine@ralaw.com

*Attorneys for Defendants Babcock & Wilcox*
*New Energy Holdings, LLC and The Babcock*
*& Wilcox Company*